IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LANAZARIN,

    Petitioner,                    No. CIV S-06-0056 MCE GGH P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner alleges that although he is Mexican American, prison officials have classified him as a "white" inmate. As relief, petitioner requests correct ethnic classification.

        The purpose of a habeas corpus action pursuant to 28 U.S.C. § 2254 is to challenge the legality of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge the conditions of confinement. Because petitioner is challenging a condition of confinement, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983. Although the court has some doubt that an incorrect ethnic/racial classification, without more, violates a liberty interest, the petition is dismissed and petitioner is

1

1  granted thirty days to file a civil rights complaint containing his claims.  Following receipt of the
2  complaint, the court will consider petitioner's application to proceed in forma pauperis.
3          In accordance with the above, IT IS HEREBY ORDERED that:
4          1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;
5  the petition is dismissed and petitioner is granted thirty days to file a complaint; following receipt
6  of the complaint, the court will consider petitioner's application to proceed in forma pauperis;
7          2. The Clerk of the Court is directed to send petitioner the form for a civil rights
8  complaint pursuant to 42 U.S.C. § 1983.
9  DATED:   2/3/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
lan56.ame