IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LANAZARIN,

    Petitioner,           No. CIV S-06-0056 MCE GGH P

    vs.

THOMAS L. CAREY, et al.,

    Respondent.          FINDINGS & RECOMMENDATIONS

_____/

    By order filed February 3, 2006, this action was construed as a civil rights action pursuant to 42 U.S.C. § 1983, the petition was dismissed and petitioner was granted thirty days to file a complaint. The thirty day period has now expired, and petitioner has not filed a complaint or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 3/29/06

4                                                                  /s/ Gregory G. Hollows

   _____
   UNITED STATES MAGISTRATE JUDGE

5  GGH:035
   lanz0056.ff