1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ANTHONY LANZARIN,                    No. 2:06-cv-0056-MCE-GGH-P

12            Plaintiff,

13      v.                              <u>ORDER</u>

14 THOMAS L. CAREY, ET AL.,

15            Defendants.
                                   /
16 ————————————————————————

17      Plaintiff, a state prisoner proceeding pro se, has filed

18 this civil rights action seeking relief under 42 U.S.C. § 1983.

19 The matter was referred to a United States Magistrate Judge

20 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21 262.

22      On March 30, 2006, the magistrate judge filed Findings and

23 Recommendations herein which were served on Plaintiff and which

24 contained notice to Plaintiff that any objections to the Findings

25 and Recommendations were to be filed within twenty (20) days.

26 ///

1   Plaintiff was re-served on April 17, 2006, however, Plaintiff has

2   not filed objections to the Findings and Recommendations.

3       The Court has reviewed the file and finds the Findings and

4   Recommendations to be supported by the record and by the

5   magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

6   that:

7       1.  The Findings and Recommendations filed March 30, 2006,

8   are adopted in full; and

9       2.  This action is dismissed without prejudice.  See Local

10  Rule 11-110; Fed. R. Civ. P. 41(b).

11  DATED: July 6, 2006

12

13

14                           _____

                             MORRISON C. ENGLAND, JR

15                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26